## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**ROBERT LEE WRIGHT, III,**

> *Plaintiff*,

**v.**                                    **Case No.: 4:24cv310-MW/MAF**

**UNKNOWN OFFICERS AND NURSES,**

> *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 4. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 4, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for leave to proceed *in forma pauperis*, ECF No. 2, is **DENIED** because Plaintiff is barred from proceeding with *in forma pauperis* status pursuant to 28 U.S.C. § 1915(g). The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED without prejudice**." The Clerk shall

not on the docket that this case was dismissed pursuant to 28 U.S.C. § 1915(g) and

close the file.

**SO ORDERED on September 9, 2024.**

**s/Mark E. Walker                          **
**Chief United States District Judge**